PROB 12C
(6/16)

Report Date: February 16, 2023

# United States District Court

### for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 17, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Michael Gary Schademan          Case Number: 0980 1:14CR02053-RMP-1

Address of Offender: ███████████████  Zillah, Washington 98953

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge

Date of Original Sentence: February 20, 2015

Original Offense:    Felon in Possession of Firearms and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

Original Sentence:   Prison - 84 months          Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney:   Alison L. Gregoire         Date Supervision Commenced: February 28, 2021

Defense Attorney:      Matthew A. Campbell        Date Supervision Expires: February 27, 2024

---

### PETITIONING THE COURT

To issue a warrant.

On March 1, 2021, supervised release conditions were reviewed and signed by Mr. Schademan, acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: The defendant shall not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: Mr. Schademan is considered to be in violation of his supervised release conditions by being cited for fourth degree assault on December 27, 2022, per Yakima County Sheriff's Office incident number 22C20722.<br><br>On December 27, 2022, Deputy Sifuentes was on patrol for the Yakima County Sheriff's Office when dispatched to 15941 Yakima Valley Highway (YVH), Zillah, Washington, in reference to a domestic incident. Call information stated the reporting party, GS, advised of an assault by his son, Michael Schademan. GS declined medical attention. Both GS and Michael live at this location, no weapons were involved and Mr. Schademan left the residence in a Ford Ranger.<br><br>Deputy Wilkinson and Deputy Sinfuentes arrived at the listed address and contacted GS. As GS was walking towards the deputies, Deputy Sinfuentes observed two blueish-purple |

bruises under both of GS's eyelids that appeared to be fresh. GS was asked if he needed medical assistance, he stated he did not. GS was asked if he could tell the deputy what happened and how he got his injuries. GS stated Mr. Schademan has been using meth, was acting out earlier, and the two had an argument over Mr. Schademan trying to act like "he is all bad" (tough guy). GS stated the argument turned physical and he was punched numerous times in the face by Mr. Schademan. GS stated Mr. Schademan did not make any threats to him and he tried to defend himself. GS stated after the assault, Mr. Schademan took off.

GS was asked if he was willing to write a voluntary statement on what occurred, he stated "no." GS was asked if he was willing to fill out a domestic violence (DV) packet, he stated "no." GS was asked if he wanted to pursue charges, he stated "no." GS was asked if he wanted DV resources, he stated he did not. GS stated he only wanted Mr. Schademan to get help.

A sector citation was completed for Mr. Schademan for fourth degree assault. The report was to be forwarded to the prosecutor's office for review of charges of fourth degree assault on Mr. Schademan. On January 20, 2023, the charge of fourth degree assault domestic violence was filed in Yakima District Court, case number 2A0711571.

On January 27, 2023, a probable cause hearing was held and probable cause was established. On February 6, 2023, an arraignment hearing for Mr. Schademan was scheduled for February 21, 2023.

2  **Special Condition #15**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Schademan is considered to be in violation of his supervised release conditions by failing to complete a substance abuse treatment program since February 16, 2023.

On January 27, 2023, this officer spoke with Mr. Schademan's treatment counselor at Innovation Resource Center (Innovation), and the counselor reported that Mr. Schademan was in noncompliance with his treatment plan as he missed several of his weekly groups. The counselor stated Mr. Schademan has not made contact with Innovation, and the counselor has made mutliple attempts to contact Mr. Schademan with no success. The counselor stated Mr. Schademan needed to make contact with Innovation immediately or his file would be closed.

On February 6, 2023, this officer spoke with Mr. Schademan and he was instructed to contact his counselor at Innovation as soon as possible. Mr. Schademan committed to contacting his counselor at Innovation the following day.

On February 16, 2023, this officer contacted Mr. Schademan's counselor at Innovation. The counselor stated Mr. Schademan failed to make contact with their agency and his file would be closed on this same date.

Prob12C
Re: Schademan, Michael Gary
February 16, 2023
Page 3

3 **Special Condition #16**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Schademan is considered to be in violation of his supervised release conditions by failing to submit to random urinalysis (UA) testing at Merit Resource Services (Merit) on January 11, 2023, and February 3, 2023.

On March 1, 2021, the substance abuse testing instructions were reviewed with Mr. Schademan. He acknowledged his understanding of the testing program. On March 2, 2021, he was instructed to call the Merit color line system for the color brown. On October 1, 2021, Mr. Schademan was placed on color green due to his compliance. When his color green was called, he was to report to Merit and submit to a drug screen.

On January 12, 2023, Merit reported Mr. Schademan failed to show up for random UA testing on January 11, 2023. On February 6, 2023, Merit reported Mr. Schademan failed to show up for random UA testing on February 3, 2023.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 16, 2023

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

2/17/2023
Date