PROB 12C
(6/16)

Report Date: February 21, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 22, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Michael Gary Schademan | Case Number: 0980 1:14CR02053-SAB-1 |
| Address of Offender: ███████████████, Zillah, Washington 98953 | |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A Bastian, Chief U.S. District Judge

Date of Original Sentence: February 20, 2015

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of Firearms and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | | |
| Original Sentence: | Prison - 84 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Christopher John Bridger | Date Supervision Commenced: | February 28, 2021 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: | February 27, 2024 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 2/16/2023.

On March 1, 2021, supervised release conditions were reviewed and signed by Mr. Schademan, acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #16**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Schademan is considered to be in violation of his supervised release conditions by consuming a controlled substance, methamphetamine, on or about February 5, 2023. |
| | On February 6, 2023, Mr. Schademan reported in person to the probation office. He admitted to have consumed methamphetamine a day prior. Mr. Schademan reviewed and signed a drug use admission form. |

**Prob12C**
**Re: Schademan, Michael Gary**
**February 21, 2023**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/21/2023

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

2/22/2023
Date