PROB 12C
(6/16)

Report Date: June 30, 2023

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 30, 2023

SEAN F. McAVOY, CLERK

Name of Offender: Michael Gary Schademan          Case Number: 0980 1:14CR02053-SAB-1

Address of Offender: ███████████████  Zillah, Washington 98953

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: February 20, 2015

Original Offense:   Felon in Possession of Firearms and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

Original Sentence:   Prison - 84 months          Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney:   Alison L. Gregoire         Date Supervision Commenced: February 28, 2021

Defense Attorney:      Matthew A. Campbell        Date Supervision Expires: February 27, 2024

## PETITIONING THE COURT

To issue a warrant.

On March 1, 2021, supervised release conditions were reviewed and signed by Mr. Schademan, acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2**: The defendant shall report to the probation officer in a manner and frequency directed by the Court or probation officer. |
|   | **Supporting Evidence**:  Mr. Schademan is considered to be in violation of his supervised release conditions by failing to report to his probation officer on June 28, 2023. |
|   | On June 27, 2023, this officer spoke with Mr. Schademan via a telephone call and he was directed to report to the Yakima probation office in person before the end of business day on June 28, 2023. |
|   | On June 28, 2023, Mr. Schademan failed to report to the probation office as directed. |
| 2 | **Special Condition #14**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare |

Prob12C
**Re: Schademan, Michael Gary**
**June 30, 2023**
**Page 2**

upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**:  Mr. Schademan is considered to be in violation of his supervised release conditions by failing to successfully complete his treatment program at Merit Resource Services (Merit), by being unsuccessfully discharged on June 13, 2023.

On April 6, 2023, Mr. Schademan completed a substance abuse evaluation at Merit and was recommended to complete an intensive outpatient treatment program.

On June 13, 2023, Merit reported that Mr. Schademan left the treatment program at Merit without notice.  Mr. Schademan was discharged from services at Merit.

3    **Special Condition #16**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**:  Mr. Schademan is considered to be in violation of his supervised release conditions by consuming methamphetamine on or about May 31, 2023.

On May 31, 2023, Mr. Schademan reported to Merit for random urinalysis (UA) testing. Mr. Schademan submitted a urine sample that was presumptive positive for methamphetamine. Mr. Schademan denied drug use and the sample was sent to Alere Toxicology Services (Alere) laboratory for confirmation testing.

On June 5, 2023, this officer received the test results from Alere confirming that the urine sample provided by Mr. Schademan was confirmed positive for methamphetamine.

4    **Special Condition #16**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**:  Mr. Schademan is considered to be in violation of his supervised release conditions by failing to submit to random UA testing at Merit on June 13 and 26, 2023.

On April 3, 2023, the substance abuse testing instructions were reviewed with Mr. Schademan.  He was instructed to call the Merit color line system for the color brown. When his color brown was called, he was to report to Merit and submit to a drug screen.

On June 14, 2023, Merit reported Mr. Schademan failed to show up for random UA testing on June 13, 2023.

On June 27, 2023, Merit reported Mr. Schademan failed to show up for random UA testing on June 26, 2023.

Prob12C
Re: Schademan, Michael Gary
June 30, 2023
Page 3

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 30, 2023

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Stanley A. Bastian*

Signature of Judicial Officer

6/30/2023

Date