PROB 12C
(6/16)

Report Date: August 23, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 24, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Michael Gary Schademan | Case Number: 0980 1:14CR02053-SAB-1 |
| Address of Offender: ▬▬▬▬▬▬▬▬▬▬▬▬▬▬ Zillah, Washington 98953 | |

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: February 20, 2015

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of Firearms and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | | |
| Original Sentence: | Prison - 84 months<br>TSR - 36 months | Type of Supervision: Supervised Release | |
| Revocation Sentence:<br>(July 19, 2023) | Prison - Time Served (28 days)<br>TSR - 35 months | | |
| Asst. U.S. Attorney: | Christopher John Bridger | Date Supervision Commenced: July 30, 2023 | |
| Defense Attorney: | Juliana M Van Wingerden | Date Supervision Expires: June 29, 2026 | |

## PETITIONING THE COURT

To issue a warrant.

On July 19, 2023, Mr. Schademan's term of supervised release was revoked with credit for time served as of July 30, 2023. During this hearing, Mr. Schademan was directed by the Court to report to Key Recovery and Life Skills Center facility by 11 a.m. on July 31, 2023.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #2**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: Mr. Schademan is considered to be in violation of his supervised release conditions by failing to successfully complete his treatment program at Key Recovery by being unsuccessfully discharged after aborting treatment on or about August 15, 2023. |

Prob12C
Re: Schademan, Michael Gary
August 23, 2023
Page 2

On August 18, 2023, Mr. Schademan's counselor at Key Recovery and Life Skills Center reported Mr. Schademan was discharged from inpatient treatment as he aborted his program on August 15, 2023.

As of the date of this petition, Mr. Schademan has made no effort to contact his probation officer.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring Michael Gary Schademan to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   August 23, 2023

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_Stanley A. Bastian_
Signature of Judicial Officer

8/24/2023
Date