PROB 12C
(6/16)

Report Date: March 25, 2025

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 26, 2025

SEAN F. McAVOY, CLERK

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Michael Gary Schademan | Case Number: 0980 1:14CR02053-SAB-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮, Zillah, Washington 98953 | |

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: February 20, 2015

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Firearms and Ammunition, 18 U.S.C. § 922(g)(1) and 924(a)(2) | |
| Original Sentence: | Prison - 84 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (July 19, 2023) | Prison - Time Served (28 days) TSR - 35 months | |
| Revocation Sentence: (September 6, 2023) | Prison - Time Served (38 days) TSR - 27 months | |
| Revocation Sentence: (February 14, 2024) | Prison - Time Served (85 days) TSR - 30 months | |
| Asst. U.S. Attorney: | Richard Barker | Date Supervision Commenced: April 16, 2024 |
| Defense Attorney: | Juliana M Van Wingerden | Date Supervision Expires: October 15, 2026 |

### PETITIONING THE COURT

To issue a warrant.

On May 8, 2024, supervised release conditions were reviewed and signed by Mr. Schademan, acknowledging his understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: Mr. Schademan is considered to be in violation of his supervised release conditions by being charged with eluding, on or about March 22, 2025, per Yakima County Sheriff's Office suspect information request number 25C03777. |

Prob12C
Re: Schademan, Michael Gary
March 25, 2025
Page 2

On March 22, 2025, at approximately 015 hours, Deputy Allen was working patrol for the Yakima County Sheriff's Office while operating a fully-marked patrol car equipped with lights and sirens, and while wearing a complete Yakima County Sheriff's Office uniform. While driving eastbound on McDonald Road, he observed a black Subaru WRX pull out of 3000 McDonald Road, traveling westbound. As the WRX passed the deputy, he activated his patrol car's overhead scene-light and looked through the windshield and noticed a male in the driver's seat.

Turning around westbound on McDonald Road, Deputy Allen attempted to catch up with the WRX. During this time, the deputy reached speeds of over 100 miles per hour (MPH) and noticing he was not closing distance with the WRX. Deputy Allen realized it was traveling at an extremely high rate of speed, well over the legal speed limit. As Deputy Allen prepared to retrieve his patrol car's hand-mic to call out his findings over the radio, he realized his duty belt holster had pinched the hand-mic cable onto his seat. Reaching down to free the cable out from under his holster, he accidentally activated his light bar toggle switch, causing the overhead lights to turn on for a brief moment (they were immediately turned back off). At this time, the WRX was still approximately a 1/4 mile ahead of him, traveling at a high-rate of speed.

As the WRX approached the Lateral A Road intersection, Deputy Allen watched as it recklessly blew the posted stop sign and continued westbound on McDonald Road. Deputy Allen informed dispatch he had probable cause for reckless driving. Upon crossing over Lateral A Road, Deputy Allen activated his overhead light bar. This is when he noticed it appeared the WRX had blacked-out, as he did not see it in the immediate area. However, he was able to see a dust cloud extending westbound on McDonald Road, which he followed.

After a short time, Deputy Allen caught sight of the WRX turning southbound onto Lateral B Road. Turning southbound behind the vehicle, Deputy Allen activated his sirens and initiated a pursuit. The WRX turn westbound onto Fort Road, he continued after it. Once the WRX passed the Lateral C Road intersection, Deputy Allen was informed by Deputy Sandall he had successfully deployed spike strips on the WRX. At about this time, Deputy Allen was in pursuit of the WRX at over 130 MPH.

Seeing the WRX turn southbound onto Harrah Drain Road, he followed in pursuit. Unfortunately, at about the 3800 block, Deputy Allen's vehicle became immobilized. Despite this, Deputy Sandall, who was behind Deputy Allen, took over the pursuit. Deputy Sandall later informed Deputy Allen of the following:

Upon locating the WRX wrecked out at the Harrah Drain Road and Marion Drain Road intersection, two females were located outside of the vehicle and identified as ADM and AM. The females stated the WRX had been driven by an unknown Native male, who after being spot-lit (by law enforcement), took off.

Deputy Sandall proceeded to initiate a K9 track after the driver, which led from the driver's door of the WRX directly to Michael Schademan. Mr. Schademan was subsequently apprehended. During a search of Michael's person incident to arrest, the WRX's key fob was located on his person. Mr. Schademan was notified of his Miranda rights, and post Miranda, denied being the driver of the WRX. Mr. Schademan instead stated he had been the rear driver-side passenger. It should be noted, this seating location was the same seat AM

Prob12C
Re: Schademan, Michael Gary
March 25, 2025
Page 3

claimed to have sat in, and where her shoes were also located on the floorboard. Deputy Sandall further advised Mr. Schademan had seatbelt abrasions on his chest consistent with having sat on the driver-side of the WRX.

Deputy Allen requested Mr. Schademan be charged with eluding and reckless driving.

2     **Mandatory Condition # 1**: You must not commit another federal, state, or local crime.

**Supporting Evidence**: Mr. Schademan is considered to be in violation of his supervised release conditions by being charged with reckless driving on or about March 22, 2025, per Yakima County Sheriff's Office suspect information request number 25C03777.

Please refer to narrative for violation number 1 above.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 25, 2025

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Stanley A. Bastian*

Signature of Judicial Officer

3/26/2025

Date