PROB 12C
(6/16)

Report Date: April 2, 2025

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 03, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Michael Gary Schademan | Case Number: 0980 1:14CR02053-SAB-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Zillah, Washington 98953 | |

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge

Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: February 20, 2015

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Firearms and Ammunition, 18 U.S.C. § 922(g)(1) and 924(a)(2) | |
| Original Sentence: | Prison - 84 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (July 19, 2023) | Prison - Time Served (28 days) TSR - 35 months | |
| Revocation Sentence: (September 6, 2023) | Prison - Time Served (38 days) TSR - 27 months | |
| Revocation Sentence: (February 14, 2024) | Prison - Time Served (85 days) TSR - 30 months | |
| Asst. U.S. Attorney: | Michael Murphy | Date Supervision Commenced: April 16, 2024 |
| Defense Attorney: | Jennifer R. Barnes | Date Supervision Expires: October 15, 2026 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on March 25, 2025.

On May 8, 2024, supervised release conditions were reviewed and signed by Mr. Schademan, acknowledging his understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
**Re: Schademan, Michael Gary**
**April 2, 2025**
Page 2

**Supporting Evidence**: Mr. Schademan is considered to be in violation of his supervised supervision conditions by consuming a controlled substance, methamphetamine, on or about March 25, 2025.

On March 25, 2025, Mr. Schademan reported to the probation office after having bailed out from jail on a pending state matter and submitted to urinalysis testing. The specimen provided by Mr. Schademan was presumptive positive for methamphetamine. The specimen was sent to Alere Toxicology Services laboratory for confirmation testing.

On April 1, 2025, this officer received the test results from Alere which indicated the specimen provided by Mr. Schademan to be positive for methamphetamine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04/02/2025

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

---

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

_Stanley A. Bastian_
Signature of Judicial Officer

4/3/2025
Date